UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　　Defendants. | CASE NO. EDCV 15-2360-DSF (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment be entered for the defendants.

DATED: 7/11/16

_____
DALE S. FISCHER
United States District Judge